IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Docket No. 3:14-cr-102-FDW |
| v. | ) | |
| (1) RYAN LEE MANSFIELD | ) | **ORDER** |

This matter is before the Court on the Motion of the United States of America to dismiss the charges against Defendant Ryan Lee Mansfield in the Bill of Indictment in the above-captioned case, because he has pleaded guilty to the same criminal conduct in the bill of information in Docket Number 3:14-cr-185-FDW.

It is hereby ordered that the motion be GRANTED and the charges against Defendant Ryan Lee Mansfield in the above-captioned Bill of Indictment be dismissed without prejudice.

SO ORDERED this __8th____ day of October 2014.

Frank D. Whitney
Chief United States District Judge

_____
HONORABLE FRANK D. WHITNEY
CHIEF UNITED STATES DISTRICT JUDGE